
**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BYRON ROSERO, on behalf of
himself and others similarly situated,

                Plaintiff,

v.

COSMOPOLITAN INTERIOR NY
CORPORATION, JLM DECORATING NYC INC.,
JLM DECORATING INC., and
MOSHE GOLD, individually

                Defendants.
----------------------------------------------------------X

18-CV-3145 (VEC)

**STIPULATION OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2019

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other, with the court retaining jurisdiction only to enforce the terms of the parties' settlement. This Stipulation may be filed with the Court without further notice to any party.

Dated: Lake Success, New York
       February 11, 2019

_____
Peter H. Cooper, Esq.
CILENTI & COOPER, PLLC
708 Third Avenue – 6th Floor
New York, New York 10017
*Attorneys for Plaintiff*

_____
Joseph Labuda, Esq.
Brett Joseph, Esq.
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Ste. 3W8
Lake Success, NY 11042
*Attorney for Defendants*

The Court finds that the parties' revised settlement agreement is fair and reasonable. Accordingly, the settlement agreement is APPROVED. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

SO ORDERED:

_____ 2/20/2019
**VALERIE E. CAPRONI**
UNITED STATES DISTRICT JUDGE

7