**MEMO ENDORSED**

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/27/2020

February 27, 2020

<u>**Via ECF**</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:   *Rosero v. Cosmopolitan Interior NY Corporation, et al.*
            <u>**Case No.: 18-cv-3145**</u>

Dear Judge Caproni:

      This firm represents Defendants in the above-referenced matter. We write jointly with counsel for Plaintiff to respectfully request a one (1) week adjournment of the Show Cause Hearing, currently scheduled for February 28, 2020 at 10:00 a.m. Since Plaintiff's January 15, 2020 letter to the Court, the Parties have remained in communication and ascertained that there was one (1) overdue settlement installment. The overdue settlement installment, which is the final settlement installment pursuant to the settlement agreement entered into between the parties, has been overnighted to Plaintiff's counsel. Accordingly, the Parties jointly request that the Show Cause Hearing be adjourned to allow sufficient time for Plaintiff's receipt of the check, and for the check to clear. As soon as this final settlement installment check clears with the bank, the instant dispute will be rendered moot.

      Thank you for your consideration.

                              Respectfully submitted,

                              /s/ <u>Brett W. Joseph</u>

cc: all counsel of record (via ECF)

      Application GRANTED. The show cause hearing scheduled for February 28, 2020, is ADJOURNED *sine die*.

      SO ORDERED.

*[signature: Valerie Caproni]*
2/72/2020

      HON. VALERIE CAPRONI
      UNITED STATES DISTRICT JUDGE